FILED

OCT 30 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Stephen Hilton, <br> Defendant. | Case No. 24-cr-00493-HSG-1 <br><br> **ORDER FOR REMAND** |

IT IS SO ORDERED that the defendant, Stephen Hilton, is remanded into the custody of the United States Marshal.

**IT IS SO ORDERED.**

Dated: October 30, 2024

_____
KANDIS A. WESTMORE
United States Magistrate Judge